UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-                                         CRIMINAL NO. 08-20179

PABLO HERNANDEZ-DIAZ,            HONORABLE PAUL D. BORMAN

       Defendant.
_____/

## ORDER GRANTING LEAVE TO DISMISS
## INDICTMENT WITH PREJUDICE

      This matter coming before the Court on the government's motion, with notice having been provided to the defense, for the reasons stated in the government's motion, the Court grants the government leave to dismiss the indictment against Pablo Hernandez-Diaz. Accordingly, it is hereby ordered that the indictment against the defendant be dismissed with prejudice, and that the defendant's appearance bond, if any, and the order setting conditions of pretrial release be canceled.

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: May 15, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 15, 2008.

                                                        s/Denise Goodine
                                                        Case Manager